# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-4180 ODW(FFMx) | Date | May 13, 2011 |
|---|---|---|---|
| Title | La Shell Hunter v. AT&T Corp. et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [45] filed May 13, 2011. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, June 20, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Jury Trial scheduled for June 14, 2011 at 9:00 a.m. is VACATED, as are all other pretrial hearing dates and filing deadlines. Failure to finalize settlement will result in an immediate resetting of the Jury Trial with an accelerated schedule of pretrial hearing dates and filing deadlines.

Defendant AT&T Mobility Services, LLC's Motion for Summary Judgment Or, in the Alternative, Summary Adjudication [34] (Filed 4/18/11), and the hearing thereon set for May 16, 2011 at 1:30 p.m., are VACATED.

IT IS SO ORDERED.

|   | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |